1  SCOTT P. COOPER, SBN 96905
      scooper@proskauer.com
2  KEITH BUTLER, SBN 215670
      kbutler@proskauer.com
3  PROSKAUER ROSE LLP
   2049 Century Park East, 32nd Floor
4  Los Angeles, California 90067-3206
   Telephone: (310) 557-2900
5  Facsimile: (310) 557-2193

6  Attorneys for Defendant
   MBIA, INC.

FILED

2008 AUG 22 PM 4:19

CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
LOS ANGELES

BY _____

COPY

UNITED STATES DISTRICT COURT

CENTRAL OF CALIFORNIA

WESTERN DIVISION

Case No. CV08-05554(CWx)

CITY OF LOS ANGELES,

        Plaintiff,

v.

AMBAC FINANCIAL GROUP INC.; MBIA, INC.; XL CAPITAL ASSURANCE INC.; ACA FINANCIAL GUARANTY CORP; FINANCIAL GUARANTY INSURANCE COMPANY; CIFG ASSURANCE NORTH AMERICA, INC.; JASON KISSANE; NEIL PACK; and Does 1 – 50,

        Defendants.

**CERTIFICATION OF INTERESTED ENTITIES OR PERSONS**

(L.A. Superior Court, Docket No. BC394943)

| | |
|---|---|
| 1 | TO THE CLERK OF THE ABOVE-ENTITLED COURT: |
| 2 | Pursuant to Civil L.R. 7.1-1, the undersigned certifies that as of this date, |
| 3 | other than the named parties, there are no persons, associations of persons, firms, |
| 4 | partnerships, corporations (including parent corporations) or other entities that (i) |
| 5 | have a financial interest in the subject matter in controversy or in a party to the |
| 6 | proceeding, or (ii) have a non-financial interest in that subject matter or in a party |
| 7 | that could be substantially affected by the outcome of this proceeding. |

DATED: August 22, 2008

PROSKAUER ROSE LLP
LOIS THOMPSON
KEITH BUTLER

_____
Scott P. Cooper
Attorneys for Defendant
MBIA, Inc.