SCOTT P. COOPER, SBN 96905
  scooper@proskauer.com
KEITH BUTLER, SBN 215670
  kbutler@proskauer.com
PROSKAUER ROSE LLP
2049 Century Park East, 32nd Floor
Los Angeles, California 90067-3206
Telephone:  (310) 557-2900
Facsimile:   (310) 557-2193

Attorneys for Defendant
MBIA, INC.

FILED
2008 AUG 22 PM 4:19
CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
LOS ANGELES
BY _____

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| CITY OF LOS ANGELES,<br><br>Plaintiff,<br><br>v.<br><br>AMBAC FINANCIAL GROUP INC.; MBIA, INC.; XL CAPITAL ASSURANCE INC.; ACA FINANCIAL GUARANTY CORP; FINANCIAL GUARANTY INSURANCE COMPANY; CIFG ASSURANCE NORTH AMERICA, INC.; JASON KISSANE; NEIL PACK; and Does 1 – 50,<br><br>Defendants. | Case No. CV08-05554 (CWx)<br><br>**NOTICE OF PENDENCY OF OTHER ACTIONS OR PROCEEDINGS**<br><br>(L.A. Superior Court, Case No. BC394943) |

7583/53559-017
Current/11894536v

NOTICE OF PENDENCY OF OTHER ACTIONS OR PROCEEDINGS

1  TO THE CLERK OF THE ABOVE-ENTITLED COURT:

2        Pursuant to Civil Local Rule 3-13 of this Court, the undersigned, counsel of
3  record for defendant MBIA, INC., believes that the instant action involves all or a
4  material part of the subject matter of a nearly identical action filed on July 23, 2008
5  on behalf of the City of Los Angeles in the Superior Court of California in and for
6  the County of Los Angeles, entitled City of Los Angeles v. Ambac Financial Group
7  Inc. *et al.*, Case No. BC394943. The instant action and this other action allege the
8  same statutory and common law claims against the same defendants based on the
9  same or similar alleged acts or omissions.

10       The undersigned also believes, based on various media reports, that there may
11 be, in addition to the other action identified above, additional actions brought on the
12 same or similar grounds against the same defendants in other jurisdictions throughout
13 the state; the undersigned has no specific knowledge of such actions, but believes
14 such actions may be filed in the future.

15

16 DATED: August 22, 2008

           PROSKAUER ROSE LLP
           SCOTT P. COOPER
           KEITH BUTLER

By: _____
           Scott P. Cooper
Attorneys for Defendants
MBIA, INC.